In the Matter of the Application of ANTHONY MOORS, Appellant, for an Order of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, et al., Respondents.

*Civil service — New York city — mandamus to compel reinstatement of petitioner in office of deputy receiver of taxes properly denied.*

*Matter of Moors* v. *Craig,* 211 App. Div. 813, affirmed.

(Argued June 3, 1925; decided July 15, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 12, 1924, which affirmed an order of Special Term denying a motion for an order of mandamus to compel the reinstatement of. the petitioner in the position of deputy receiver of taxes in the finance department of the city of New York, from which position he had been removed, after a hearing on charges of neglect of duty in withholding from the comptroller information regarding an investigation by the Queens county grand jury of the conduct of the Queens office of the receiver of taxes in June, 1922.

· *George F. Hickey* for appellant.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien, Elliot S. Benedict* and *Robert J. Culhane* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: CARDOZO and POUND, JJ.

---

NANCY E. HUNT, Respondent, *v.* REBECCA WALL, Appellant.

*Real property — mortgage — foreclosure of purchase-money mortgage — erroneous allowance of credit for deficiency in acreage.*

*Hunt* v. *Wall,* 211 App. Div. 856, affirmed.

(Submitted June 4, 1925; decided July 15, 1925.)

APPEAL from a judgment, entered December 31, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a

judgment of Special Term in an action to foreclose a purchase-money mortgage on real property, which reduced the amount of the bond and mortgage by allowing a credit for a deficiency of acreage in the farm sold, and directing judgment of foreclosure and sale in favor of plaintiff for the full amount of the bond and mortgage upon new findings.

*Frederick P. Close* for appellant.

*William L. Rumsey* and *Charles H. Banks* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: POUND, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN DURKIN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 5, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Bronx County Court rendered October 1, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Arthur B. Kelly* for appellant.

*John E. McGeehan, District Attorney, George B. DeLuca* and *Herman J. Fliederblum* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ANNA L. BLAKESLEE, Appellant, *v.* FLORENCE T. NELSON, as Executrix of ROBERT M. NELSON, Deceased, Respondent.

*Vendor and purchaser — real property — specific performance — contract — action to compel specific performance of alleged contract to convey real property — offer and acceptance.*

*Blakeslee* v. *Nelson*, 212 App. Div. 219, affirmed.

(Argued June 5, 1925; decided July 15, 1925.)

APPEAL from a judgment, entered January 22, 1925 upon an order of the Appellate Division of the Supreme